**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DWIGHT MARSHON WHITE,<br><br>               Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>               Defendant. | Case No. 2:15-cv-01587-JCM-NJK<br><br>ORDER GRANTING MOTION<br>TO FILE ELECTRONICALLY<br><br>(Docket No. 11) |

      Pending before the Court is *pro se* Plaintiff's Motion for Permission for Electronic Case Filing, Docket No. 11, which the Court hereby **GRANTS**. Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

      1.    On or before **October 16, 2015**, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

      2.    Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

. . . .

. . . .

3. Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

DATED this  16th   day of September, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge