DANIEL G. BOGDEN, NSBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
　　　160 Spear Street, Suite 800
　　　San Francisco, CA 94105
　　　Phone:  415-977-8954
　　　Fax:  415-744-0134
　　　april.alongi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DWIGHT MARSHON WHITE,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No:  2:15-cv-01587-JCM-NJK<br><br>**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE CROSS-MOTION TO AFFIRM** |

-1-

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), moves, with the approval of this Court, for an extension of time to file her Cross-Motion To Affirm by sixty days from December 31, 2015 to February 29, 2016. This is the Commissioner's first request for an extension.

There is good cause because the Commissioner's counsel is currently experiencing a heavy workload and has been out of the office on approved use-or-lose leave. Further, counsel is in the midst of a large District Court discovery production in an employment case in the District of Arizona and has a Ninth Circuit brief due to her reviewer in January. The Commissioner makes this request in good faith and needs additional time to respond to the nine issues Plaintiff Dwight Marshon White (Plaintiff) raised in his Motion For Judgment On The Pleadings, as well as the forty pages of additional evidence Plaintiff attached to his brief. Plaintiff opposes the Commissioner's request for an extension.

Respectfully submitted,

Date:   December 31, 2015

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Chief, Civil Division

By:   */s/ April A. Alongi*
APRIL A. ALONGI
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED.

DATE: December 31, 2015

_____
THE HONORABLE NANCY J. KOPPE
United States Magistrate Judge

**DEFENDANT'S CERTIFICATE OF SERVICE**

I certify that I caused a copy of the Defendant's Motion For Extension Of Time To File Cross-Motion To Affirm to be served, via U.S. First-Class Mail, on:

>DWIGHT WHITE
>3370 St Rose Parkway, Apt. 1728
>Henderson, Nevada 89052

Date:   December 31, 2015          DANIEL G. BOGDEN
                                   United States Attorney
                                   BLAINE T. WELSH
                                   Chief, Civil Division

                          By:      */s/ April A. Alongi*
                                   APRIL A. ALONGI
                                   Special Assistant United States Attorney

                                   Attorneys for Defendant